### DISPOSITION OF APPEALS FROM THE SUPREME COURT OF NORTH CAROLINA TO THE SUPREME COURT OF THE UNITED STATES

*State v. Williams,* 220 N. C., 445. Petition for *certiorari* granted March 30, 1942.

*In re Steele,* 220 N. C., 685. Petition for *certiorari* denied May 25, 1942.